| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Type name, address, phone number of applicant here
Michael D. Orenstein, Esquire
3864 Sheridan Street
Hollywood, Florida 33021
(954)963-0100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.

MATTHEW D. SANDOMIR,

        Defendant(s).

CASE NO. CR-08-00788-10-JF

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, MICHAEL D. ORENSTEIN, ESQ., an active member in good standing of the bar of U.S. DISTRICT CT. SO. DISTRICT-FLORIDA, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing MATTHEW D. SANDOMIR in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:  ALFREDO MORALES, ESQ.
                             75 E. Santa Clara Suite#250
                             San Jose, CA. 95113
                             (408)294-5400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2-12-08

MICHAEL D. ORENSTEIN, ESQUIRE

[Filed FEB 2008, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE]