UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

-vs-

MATTHEW SANDOMIR,

      Defendant.

_____/

CASE NUMBER:  CR-08-00788-10-JF

MAGISTRATE  JUDGE:  TRUMBULL

FILED
FEB 13 2008

## APPEARANCE AS ATTORNEY OF RECORD(PRO HAC VICE)

TO THE CLERK OF THE ABOVE COURT:

      You will please enter my  Appearance as Attorney of Record for the Defendant, MATTHEW

SANDOMIR, in the titled cause.

      DATED this 13th day of February, 2008.

                      MICHAEL D. ORENSTEIN, ESQUIRE
                      Attorney for Defendant
                      3864 Sheridan Street
                      Hollywood, Florida 33021
                      (954) 963-0100

      BY:  /S/_____
                  MICHAEL D. ORENSTEIN, ESQUIRE
                  FL BAR NO: 472890

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing has been furnished by HAND to: OFFICE
OF THE UNITED STATES ATTORNEY, United States District Court, San Jose, California, this 13th
day of February, 2008.

      BY: /S/_____
              MICHAEL D. ORENSTEIN, ESQUIRE

F-1/US1

-1-