**Filed**

FEB 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

MATTHEW SANDOMIR,

Defendant(s).

CASE NO. CR-08-00788-10-JF

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

RECEIVED
FEB 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

MICHAEL D. ORENSTEIN, ESQ. , an active member in good standing of the bar of U.S. DISTRICT CT. SO. DISTRICT-FLORIDA whose business address and telephone number (particular court to which applicant is admitted) is

3864 Sheridan Street, Hollywood, Florida 33021   (954)963-0100

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing MATTHEW SANDOMIR

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2-15-08

United States ~~Magistrate~~ District Judge