JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**

E-FILING

2008 MAY 13 A 11: 36

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATTHEW D. SANDOMIR, ) <br> ) <br> Defendant. ) <br> ) | CR No.: 07-0788-JF <br><br> VIOLATION: 18 U.S.C. § 659–Theft From Interstate Shipment (Class A Misdemeanor) <br><br> SAN JOSE VENUE |

## SUPERSEDING INFORMATION

The United States Attorney charges:

Between on or about September 23, 2003 and November 28, 2003, in the Northern District of California, and elsewhere, the defendant,

MATTHEW D. SANDOMIR,

did knowingly and willfully embezzle, steal, take and carry away, from a vehicle operated by AY Transport, goods and chattels of a value less than $1,000, namely, household goods belonging to National Moving Network customer R.L., which goods were moving as, were a part of, and

//
//
//

SUPERSEDING INFORMATION
CR 07-0788-JF

constituted an interstate shipment of goods by AY Transport from the State of Florida to the State of Tennessee, in violation of Title 18, United States Code, Section 659, a Class A Misdemeanor.

DATED: 5/12/08

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ signed
MATTHEW A. PARRELLA
Assistant United States Attorney
Chief, San Jose Branch Office

(Approved as to form: /s/ )
AUSA NEDROW

SUPERSEDING INFORMATION
CR 07-0788-JF                              2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☑ SUPERSEDING

E-FILING FILED 2008 MAY 13 A 11: 36
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED:**
18 U.S.C. Section 659 -- Theft From An Interstate Shipment (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Maximum one year imprisonment, $100,000 fine, up to one year supervised release, $25 special assessment fee

**DEFENDANT - U.S.**
► MATTHEW D. SANDOMIR

**DISTRICT COURT NUMBER**
CR- 07- 00788- JF

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JEFFREY D. NEDROW

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California (from original indictment)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ► Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: