# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, May 14, 2008
**Case Number:** CR-07-00788-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | UNITED STATES OF AMERICA V. AMIT EZYONI, ET AL. |

| PLAINTIFF | DEFENDANTS |
|---|---|
| United States | |
| | 10) Matthew Sandomir |

**Attorneys Present:** Jeff Nedrow          **Attorneys Present:** Michael Orenstein

PROCEEDINGS:

Disposition hearing held. Counsel and defendant are present. Defendant waives arraignment on the Superseding Information. Defendant pleads guilty to count 1 of the Superseding Information. Continued to 8/6/08 at 10:00 a.m. for judgment and sentencing.