1
2
3                    UNITED STATES DISTRICT COURT
4                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                              SAN JOSE DIVISION
6
7
   UNITED STATES OF AMERICA,              Case Number CR-07-00788-JF
8            Plaintiff,
   V.                                     Status Hearing
9
   AMIT EZYONI, ET AL,                    August 13, 2008
10           Defendant.
                                          CLERK'S NOTICE
11   _____

12
13 To all Parties and Attorneys of Record:

14 The status hearing set on August 6, 2008 is continued to August 13, 2008 at 10:00 a.m.

15 before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th

16 floor of the U.S. District Court, 280 S. First St., San Jose, California.

17

18 August 1, 2008                          For the Court
                                           Richard W. Wieking, Clerk
19

20                                         By:___/s/_____
                                           Diana Munz
21                                         Courtroom Deputy Clerk

22
23
24
25
26
27
28