## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Judgment and Sentencing Hearing, August 13, 2008
**Case Number:** CR-07-00788-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:      UNITED STATES OF AMERICA V. AMIT EZYONI, ET AL.

| PLAINTIFF | DEFENDANTS |
|---|---|
| United States | |
| | 10) Matthew Sandomir |

**Attorneys Present:** Jeff Nedrow        **Attorneys Present:**

---

PROCEEDINGS:

Sentencing hearing held. Counsel for plaintiff is present. Continued to 11/26/08 at 10:00 a.m. for judgment and sentencing.