JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY D. NEDROW (CSBN 161299)
Assistant United States Attorney

   150 Almaden Boulevad, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5045
   Facsimile: (408) 535-5066

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>      Plaintiff, ) <br> ) <br>      v. ) <br> ) <br> MATTHEW SANDOMIR, ) <br> ) <br> ) <br> ) <br>      Defendant. ) <br> _____) | CR No.: CR 07-00788-JF <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO ENTER FINAL ORDER OF RESTITUTION |

     The United States, through its counsel Jeffrey Nedrow, and defendant Matthew Sandomir, through his counsel Michael Orenstein, hereby agree and stipulate to an extension of time to determine the final order of restitution in this case from February 26, 2009 to May 26, 2009.

     The parties agree that the following reasons exist for this continuance:

     (1) The parties have agreed that the restitution amount shall not exceed $30,000. However, the process of identifying individual victims, and determining the proper allocation of restitution to each additional victim, has proven more complicated and time-consuming than expected in light of the volume of victims and the nature of the paperwork seized from National Moving Network. Additional time is needed to evaluate this information and make the most

STIPULATION RE:
EXTENSION OF TIME
FOR FINAL ORDER OF RESTITUTION
CR 07-00788-JF                                      1

1 accurate restitution estimate possible.  Accordingly, a 90-day extension of time is requested to
2 complete the research necessary to propose a final order of restitution to the Court.  The
3 probation officer has been notified of this proposed continuance.

             Respectfully submitted,

_____, 2009        _____/s/_____
                MICHAEL ORENSTEIN
                Counsel for Matthew Sandomir

_____, 2009        _____/s/_____
                JEFFREY D. NEDROW
                Assistant United States Attorney

| | |
|---|---|
| 1 | |
| 2 | CR 07-00788-JF    UNITED STATES V. MATTHEW SANDOMIR |
| 3 | **ORDER** |

Based on the stipulation of the parties and the facts set forth in the stipulation between the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for determining the final order of restitution in this case is extended from February 26, 2009 to May 26, 2009.

DATED: 2/26/09

_____
**JEREMY FOGEL**
**United States District Judge**

STIPULATION RE:
EXTENSION OF TIME
FOR FINAL ORDER OF RESTITUTION
CR 07-00788-JF                3